UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :          26-cr-163 (SHS)

          -against-                                       :

                                                  ORDER

DESEAN HILL,                                          :

               Defendant.                    :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the initial conference in this matter is scheduled for May 18, 2026, at 11:00 a.m. The conference will take place in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       May 4, 2026

                                  SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.