

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 5, 2026

# MEMO ENDORSED

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Desean Hill*, 26 Cr. 163 (SHS)

Dear Judge Stein:

The Government respectfully writes regarding the arraignment and initial pretrial conference in this case. On April 29, 2026, an Indictment was returned charging the defendant, Desean Hill, with one count of unlawful possession of a firearm after felony conviction, in violation of 18 U.S.C. § 922(g)(1).

On April 30, 2026, defense counsel informed the Government that, due to his trial schedule, he is unable to appear for an arraignment and initial conference until the week of May 18, 2026. Following communications with Chambers, the Court scheduled the defendant's arraignment and initial conference for May 18, 2026 at 11:00 a.m.

The Government respectfully requests that the time until the date of the arraignment and initial pretrial conference (May 18, 2026) be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow defense counsel time to meet with the defendant, accommodate defense counsel's trial schedule, and allow the Government time to prepare and produce discovery. The defendant consents to the proposed exclusion of time.

**The Court grants the parties' request. Time is excluded under the Speedy Trial Act until May 18, 2026.**

    **Dated: New York, New York**
       **May 5, 2026**

**SO ORDERED:**

_____
**Sidney H. Stein, U.S.D.J.**

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _Chelsea Spence_____

Chelsea Spence
Assistant United States Attorney
(212) 637-2528

cc: Glenn Garber, Esq. (via ECF)