UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DESEAN HILL,

Defendant.

---

26-cr-163 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A conference having been held today on defendant's bail application, with counsel for defendant and counsel for the Government present,

IT IS HEREBY ORDERED that:

1. Defendant's bail application is denied for the reasons set forth on the record.
2. There shall be a status conference in this action on July 13, 2026, at 11:00 a.m.

Dated: New York, New York
       June 1, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J