**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 13, 2026

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Desean Hill*, 26 Cr. 163 (SHS)**

Dear Judge Stein:

The Government respectfully requests that time between July 13, 2026 and July 21, 2026 be excluded pursuant to the provisions of the Speedy Trial Act 18 U.S.C. § 3161(h)(7)(A). On May 18, 2026, the Court excluded time through the date of the following pretrial conference, then-scheduled for July 13, 2026. Dkt. 20. On July 9, 2026, the Court granted the defendant's request to adjourn the pretrial conference from July 13, 2026 to July 21, 2026. Dkt. 27.

The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue to discuss a possible pretrial resolution. The defendant consents to the proposed exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________________
Bridget Johnston
Assistant United States Attorney
(212) 637-2107

cc: Glenn Garber, Esq. (via ECF)

**Re: U.S.A. v. Desean Hill, 26-cr-163 (SHS)**

**The time is excluded from calculation under the Speedy Trial Act from today until July 21, 2026. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. Section 3161(h)(7)(A).**

**Dated: New York, New York**
**July 13, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**