UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 26-Cr-163 (SHS) |
| -against- | : | |
| DESEAN HILL, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Probation Department has informed the Court that they will be unable to complete the pretrial investigation and file the final presentence report before August 20, the date the Court has previously set for sentencing. Accordingly,

IT IS HEREBY ORDERED that:

1. The defense submission is due on or before October 12, 2026;

2. The government's submission is due on or before October 19, 2026; and

3. The sentencing is set for October 28, 2026, at 2:30 p.m.

Dated: New York, New York
July 23, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.