UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 26-Cr-163 (SHS) |
| -against- | : | |
| DESEAN HILL, | : | ORDER |
| Defendant. | : | |

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that defendant's sentencing is moved to Tuesday, November 10, 2026, at 10:00 a.m. in Courtroom 23A.

Dated: New York, New York
November 5, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.