UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 26-Cr-163 (SHS) |
| -against- | : | |
| DESEAN HILL, | : | <u>ORDER</u> |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Pursuant to Fed. R. Crim. P. 36, the Court gives notice to the parties that a clerical error was made in the Judgment [ECF Doc. No. 44] as follows:

> The recommendation to the Bureau of Prisons "That defendant be transferred out of the BOP as expeditiously as possible" should read "That defendant be transferred out of the MDC as expeditiously as possible."

If either party objects to the Court correcting this clerical error in the Judgment, it should notify the Court on or before November 30, 2026.

Dated: New York, New York
November 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.